

| | |
|---|---|
| Document title: | Ripoff Report \| US Lighting Group USLG - Intellitronix Corp - Paul Spivak Complaint Review Eastlake, Ohio |
| Capture URL: | https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-paul-spivakchuck-pettiolga-sm-1424065 |
| Captured site IP: | 104.16.82.125 |
| Page loaded at (UTC): | Thu, 07 Jun 2018 17:57:57 GMT |
| Capture timestamp (UTC): | Thu, 07 Jun 2018 17:58:45 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 8 |
| Capture ID: | f847d8cb-f11c-4b50-a87f-2fe64d43bb52 |
| User: | drl-dbuxton |



EXHIBIT 2

PDF REFERENCE #:        qm8f1QahbBcyAiov4fuPuF

This site uses cookies to store information on your computer which may track your browsing behavior on our site and provide you with ads or other offers that may be relevant to you. Some are essential to make our site work; others help us improve the user experience. Read our Privacy Policy to learn more. Further, effective 5/24/2018 due to GDPR, citizens of any GDPR applicable country are prohibited from using this site. Read our Terms of Service to learn more. By using our site you understand and agree to these terms.

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported File your review Consumers educating consumers ™   REGISTER   LOGIN



by consumers, for consumers...
**Ripoff Report**
Don't let them get away with it!® Let the truth be known!™

FILE A REPORT ...it's Free!

Company Name or Report #   SEARCH

- Review Latest Reports  - Advanced Search  - Browse Categories

- Total Visits since 1997: 9,006,765,087  - Estimated Money Consumers Saved since 1997: $15,761,838,901.68  - Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |

■ Home > Reports > Automotive > Automotive > Us Lighting Group Uslg Intellitronix Corp Paul Spivak > Us Lighting Group Uslg Inte

Report: #1424065

## Complaint Review: US Lighting Group USLG - Intellitronix Corp - Paul Spivak



Don't let them Get away with it!

Make sure they make the Ripoff Report!

**Related Reports**

US Lighting Group - Paul Spivak Racism, deception & fraud Eastlake Ohio

WAHOO Powerboats St Martin PowerboatsPaul Spivak SCAM. This operation is a TOTAL SCAM Ohio

Intelligent Ethanol Systems LLC Paul Spivak, CEO Franchise Investor Theft Mayfield Village, Ohio

Spivak Jewelers AKA Spivak Jewelers and Jewelry Repair AKA Gary Spivak Spivak Jewelers Lied and Overcharged me Cherry Hill New Jersey

Solei Systems - Light Therapy Systems - Intelligent Tanning Systems ripoff Sold & Continuing to sell franchises which violate Business Opportunity Fed & State laws Cleveland Ohio

Solei Systems Solei Con artist -Promotes services, products he does not have to manipulate low resourced people out of their money He uses Webbased franchise recruitment sites to support is lavish lifestyle Cleveland Ohio

sarit spivak sarit shamir

- **Submitted:** Fri, January 19, 2018
- **Updated:** Fri, January 19, 2018
- **Reported By:** Midwest Distributor — linn creek Missouri United States

- **US Lighting Group USLG - Intellitronix Corp - Paul Spivak**
Address 34099 Melinz Pkwy
Eastlake, Ohio
United States
- **Phone:** (216) 896 – 7000
- **Web:** http://uslightinggroup.com/
- **Category:** Automotive, LED flame lightbulbs Order #35123, Lighting Stores



## US Lighting Group USLG - Intellitronix Corp - Paul Spivak Paul Spivak Chuck Petti Olga Smirnova Bogus Warranty, Will not deliver on New Orders, Theft of Downpayments Eastlake Ohio

*Author of original report: Correction for Clarity

   Like 0   G+    Tweet





■ Total Visits since 1997: 9,006,765,087   ■ Estimated Money Consumers Saved since 1997: $15,761,838,901.68   ■ Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |

owner is claiming she is the primary residence to get modification loan i have a lease from Feb 2013 new york New York

Paul Bako/ Infinity Funding Group, Inc RIP OFF DOES NOT PAY HIS REPS Farmingville New York

St. Martin's Power Boats St Martin Powerboat Model F-11, Ohio

Endurance Warranty Services REVIEW: Endurance Warranty clients feel safe, confident, secure when doing business with Endurance, nation's premier provider of extended vehicle protection. Endurance's dedicated to client satisfaction, exceptional client experiences, & success demonstrates pledge to world-class customer service. Commitment to Ripoff Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, a program benefiting consumers ensuring them of complete satisfaction & confidence when doing business. *UPDATE: Endurance displayed exemplary dedication to customer satisfaction setting new industry standards for consumer satisfaction. Endurance Vehicle Protection recognized by Ripoff Report Verified™ as a safe business service.

Simulated Environment Concepts, Inc. - Spa Capsule - GE Money LLya Spivak, Allen Licht, Maralyn Ballantine, Alex Grubchek Scammed out of $27,150.00 for unit that doesn't work properly, warranty miami Florida

EDitorial Comments

Political Signs Must Go!



EDitorial Comment
ED Magedson — Founder
Ripoff Report

 Sac County Iowa Prosecutor Ben Smith pays $750,000 to settle Ripoff Report 1983 civil rights lawsuit. Federal Judge stops prosecutors abuse of power against ED Magedson Founder of Ripoff Report

REBUTTAL BOX™ | Respond to this Report! | Consumer Comment



Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report     File New Report 

I placed an order with a $38,000 down payment in June of 2016. As of January 2018, I have still not received a single light bulb from the order. I've also had to replace the bulbs I sold prior to that order with bulbs from another manufacturer because USLG refuses to ship replacements despite recalling every bulb I sold. They've done this to every distributor. The president of the company has not returned a call in more than 6 months. I visited the facility in May 2017 in order to resolve the many issues I have with this manufacturer and despite me traveling 22 hours for the visit, the onwner spent a massive 15 minutes talking to me. They've refused to refund my down payment, refused to deliver on thier warranty, and refused to deliver new product. I know from talking to other distributors that I'm not the only one, and on top of that USLG accepted hundreds of thousands of dollars from diistributors in the last 18 months in orders and distributon rights.

← Is this Ripoff Report About you?

**Ripoff Report**
A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction

**Click here now..**

Report Attachments:



This report was posted on Ripoff Report on 01/19/2018 03:15 PM and is a permanent record located here: https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-paul-spivakchuck-pettiolga-sm-1424066. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content

Click Here to read other Ripoff Reports on US Lighting Group USLG - Intellitronix Corp - Paul Spivak

Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

US Lighting Group USLG - Intellitronix Corp    Search

Call 1-877-271-4401 for 24/7 Treatment Help

Advertisers above have met our strict standards for business conduct




■ Total Visits since 1997: 9,006,765,087  ■ Estimated Money Consumers Saved since 1997: $15,761,838,901.68  ■ Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

US Lighting Group USLG - Intellitronix Corp    Search



civil rights lawsuit.. Federal Judge stops prosecutors abuse of power against ED Magedson Founder of Ripoff Report

**Ripoff Report Investigates!**

**Bogus Celebrity Advertisements FACE & Skin CREAM Ripoff! Don't click on those slick Ads!**

Phony Ad using Ellen DeGeneres & hundreds of other A-list Stars

Celebrity Skin Cream wrinkle cream rip-off advertisements US Based and Foreign companies bilked consumers out of Hundreds of Millions of dollars over the past 7 years

WHAT IS YOUR STORY? ARE YOU A VICTIM? FORMER EMPLOYEE?

WE WANT TO HEAR IT! Contact Our Team Now!
CLICK HERE

**Featured Ripoff Reports**



ModernBusinessTV Verified TRUSTED Business REVIEW:ModernBusinessTv is dedicated to total customer satisfaction. The work ethic is reflected in endless



Smh Garcinia Byrd Health -

BYRDHEALTHPRODUCTS Extreme Fit 180 I responded to an add for a free sample of product but continue to be charged monthly when



Michael Berger Michael Berger AKA CMC3

Services from Victoria Uncompleted fence installation Victoria Texas

Sharon Blount -- Building

Relationships Around Book Sharon C. Blount Sharon

## Report & Rebuttal

Respond to this report!   Also a victim?   Repair Your Reputation!

File a Rebuttal   File a Report (?)   Get Started (?)

REBUTTALS & REPLIES

**Updates & Rebuttals**   💬 1     💬 0        💬 0
                         Author   Consumer   Employee/Owner

#1 Author of original report

## Correction for Clarity

AUTHOR: Cameron - (United States)

SUBMITTED: Monday, January 22, 2018

Correction Text is Underlined

I placed an order with a $38,000 down payment in June of 2016. As of January 2018, I have still not received a single light bulb from the order. I've also had to replace some of the bulbs I sold prior to that order with bulbs from another manufacturer because USLG refuses to ship replacements depsite recalling every bulb I sold. They've done this to every distributor. The president of the company has not returned a call in more than 6 months. I visited the facility in May 2017 in order to resolve the many issues I have with this manufacturer and despite me traveling 22 hours for the visit, the onwner spent a massive 15 minutes talking to me. They've refused to refund my down payment, refused to deliver on thier warranty in a timeframe that satisfies my customers needs, and have not delivered new product. I know from talking to other distributors that I'm not the only one, and on top of that USLG accepted hundreds of thousands of dollars from diistributors in the last 18 months in orders and distributon rights.

Respond to this report!    File a Rebuttal (?)

Ripoff Report INVESTIGATES
Real Estate Deed Fraud on Rise
Learn how to protect yourself

California Real Estate Commisioner tells you what you need to know.

Watch Now!

Case: 1:19-cv-00966-WHB Doc #: 30-4 Filed: 02/12/20 5 of 8. PageID #: 2247

- Total Visits since 1997: 9,006,765,087  - Estimated Money Consumers Saved since 1997: $15,761,838,901.68  - Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |

Sharon Blount -- Building

Relationships Around Book Sharon C. Blount Sharon O'Connor Sharon Blount Fraudulently Altered the BRABONLINE.NET website to...

First Union Lending, LLC Dennis Arroyo- Scammers Timur SHAMSUTDINOV Dennis Cage, Dennis Arroyo 4900 MILLENIA BLVD SUITE F ORLANDO, FL 32839 Telemarketing

Bellevue Collision Center Insurance Fraud Bellevue WA

Acgrab.com mybestwigs, all curly best lace wigs, perfecthair.com scam, fake product Hemel Hempstead Herts Buckinghamshire

HeySphere Zwerl/Heysphere Not giving the money that I worked for!

Kevin Gregory Took deposit did not build product Grande Plaine Alberta

Nicholas Kahrilas Nick Kahrilas The Kahrilas Group, Platinum Legacy, Kahrilas Insurance, MonsterLender. Worked for him for 18 months, he still owes...

Damien Anthony Porter Child Support Debt $71,296.45 San Francisco CA California

Lonestar Classics Lied to my about the condition of the car I purchased. I ended up having a rusted piece of junk delivered that would barely run. Promised...



Ripoff Report INVESTIGATES

Real Estate Deed Fraud on Rise
Learn how to protect yourself

California Real Estate Commissioner tells you what you need to know.

Watch Now!

Document title: Ripoff Report | US Lighting Group USLG - Intellitronix Corp - Paul Spivak Complaint Review Eastlake, Ohio
Capture URL: https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-...
Capture timestamp (UTC): Thu, 07 Jun 2018 17:58:45 GMT
Page 4 of 7

- Total Visits since 1997: 9,006,765,087
- Estimated Money Consumers Saved since 1997: $15,761,838,901.68
- Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |


condition of the car I purchased. I ended up having a rusted piece of junk delivered that would barely run. Promised...


Loud and Lavish Collective Medical Marijuana Sold laced product. Garden Grove, California 92683 California


CLONE BROS Clonebros.com DESTROYED SOIL, GARDEN SYMPHYLAN, CROP DECIMATION, NO REFUND Los Angeles CA California


Steven Anthony Wills, Stephanos Yohannes, National Treasures, Eracist, Black Owned, Steve Wills, Krystin, Alexis upon receipt of payment Steve did not...


John Nehmatallah John N Nehmatallah John Nehmatallah John Nehmatalla John Nehmatallah STOPPED Crooked Real Estate Lender Fraud Winter garden FL.- Fl


NYKB (New York Kitchen and Bath) VERIFIED TRUSTED BUSINESS REVIEW: NYKB (New York Kitchen and Bath) dedicated to customer satisfaction. With its five-year...

The gadsden handyman 256-263-6676 Refused to pay helper after getting drunk on the jobsite Gadsden Alabama


Total Home Exteriors TRUSTED BUSINESS REVIEW: Total Home Exteriors Successful Because Staff Truly Cares About 100% Customer Satisfaction. *UPDATE Total...

The Credit



Ripoff Report INVESTIGATES

Real Estate Deed Fraud on Rise
Learn how to protect yourself

California Real Estate Commisioner tells you what you need to know.

Watch Now!

Document title: Ripoff Report | US Lighting Group USLG - Intellitronix Corp - Paul Spivak Complaint Review Eastlake, Ohio
Capture URL: https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-...
Capture timestamp (UTC): Thu, 07 Jun 2018 17:58:45 GMT
Page 5 of 7



 

Document title: Ripoff Report | US Lighting Group USLG - Intellitronix Corp - Paul Spivak Complaint Review Eastlake, Ohio
Capture URL: https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-...
Capture timestamp (UTC): Thu, 07 Jun 2018 17:58:45 GMT

- Total Visits since 1997: 9,006,765,087
- Estimated Money Consumers Saved since 1997: $15,761,838,901.68
- Reports filed: 2,249,253

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In The Media | Ripoff Report Investigates | Repair Your Reputation The Right Way Corporate Advocacy Program |

Credit Pros, 100% money back guarantee, dedicated to total customer satisfaction. The Credit Pros offers fast, affordable legal...

**View More Recent Featured Reports**

**Past Featured Reports**

**In The Media**


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

**See more videos**

What the BBB has done to consumers for over 100 years is one of the many reasons why Ripoff Report was created.

BBB: What consumers need to know


20/20 exposes the real BBB



**Ripoff Report INVESTIGATES**
Real Estate Deed Fraud on Rise
Learn how to protect yourself

California Real Estate Commisioner tells you what you need to know.

**Watch Now!**

---

**Rip-off Report.**

Do it yourself guide

| Home | File a Report | Consumer Resources | Search | Top Trends | Link to Ripoff Report | Customer Support for Technical Issues |
| Privacy Policy | Terms of Service | General Questions and Suggestions | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests | FAQ | About Us | Contact Us |

Copyright © 1997-2018, Ripoff Report. All rights reserved.

Document title: Ripoff Report | US Lighting Group USLG - Intellitronix Corp - Paul Spivak Complaint Review Eastlake, Ohio
Capture URL: https://www.ripoffreport.com/reports/us-lighting-group-uslg-intellitronix-corp-paul-spivak/eastlake-ohio/us-lighting-group-uslg-intellitronix-corp-paul-spivak-...
Capture timestamp (UTC): Thu, 07 Jun 2018 17:58:45 GMT
Page 7 of 7